IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL A. LEWIS, JR.,

    **Plaintiff,**

    v.                                    CASE NO. 22-3207-JWL-JPO

DODGE CITY COMMUNITY
COLLEGE,

    **Defendant.**

## O R D E R

Plaintiff filed this action under 42 U.S.C. § 1983 in the United States District Court for the Western District of Virginia. Plaintiff is in custody at the Northwestern Regional Adult Detention Center in Winchester, Virginia. The case was transferred to this Court on September 23, 2022.

On September 23, 2022, the Court entered a Notice of Deficiency (Doc. 5) granting Plaintiff until October 24, 2022, in which to submit his complaint on the court-approved form and to either submit a motion for leave to proceed in forma pauperis or to submit the $402.00 filing fee. The Court's order provides that if Plaintiff fails to correct these deficiencies by the deadline "this action may be dismissed without prejudice and without further notice." (Doc. 5, at 2.) Plaintiff has failed to comply with the Court's order and has failed to cure the deficiencies by the Court's deadline.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as

permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id*. (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

The time in which Plaintiff was required to submit either the filing fee or a motion for leave to proceed in forma pauperis, and to submit his complaint on the court-approved form, has passed. As a consequence, the Court dismisses this action without prejudice pursuant to Rule 41(b) for failure to comply with court orders.

**IT IS THEREFORE ORDERED BY THE COURT** that this action is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

**Dated October 27, 2022, in Kansas City, Kansas.**

<u>S/   John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**